# First District Court of Appeal
## State of Florida

_____

No. 1D18-1514
_____

Michael A. Freeman Jr.,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

December 11, 2018

Per Curiam.

Affirmed.

Wolf, Makar, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael A. Freeman Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.